IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHRISTOPHER THORNTON,         )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      3:14cv672-MHT
                              )         (WO)
HARPER FAMILY PARTNERSHIP     )
LTD and HARPO CORPORATION,    )
                              )
    Defendants.               )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Christopher Thornton's motion to dismiss (Doc. No. 21) is granted and that defendant Harpo Corporation is dismissed without prejudice, with the parties to bear their own costs. Defendant Harpo Corporation is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 8th day of September, 2014.**

                                    **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**